No. PD-0959-15

IN THE

COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JOHNNY PAUL SUTHERLIN, pro se

JUL 27 2015

Abel Acosta, Clerk

VS,

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

From Appeal No. 12-13-00374-CR
Trial Cause No. 31228
Anderson County

FIRST MOTION FOR EXTENSION OF TIME TO FILE

PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Johnny Paul Sutherlin pro se, Petitioner and files this Motion for an extension of Sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion appellant shows the Court the following:

I.

The Petitioner was convicted in the 3rd Judicial District Court of Anderson County, Texas of the offenses of four counts of aggravated sexual assault and 1 count of Aggravated Kidnapping in Cause No. 31228, styled, State of Texas vs. Johnny Paul Sutherlin. The Petitioner appealed, to the Court of Appeals, in the Twelfth Court of Appeals Tyler, Texas. The case was affirmed on June 24th, 2015.

(1)

## II.

The present deadline for filing the Petition for Discretionary Review is July 24th, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts:

A. See exhibit A an official Layin Pass to recieve legal mail July 20th, 2015, from T.D.C.J, Institutional division.

Petitioner was not officially notified from the State, Judicial Courts, nor his appellate attorney of his 5 count conviction being affirmed until July 20th, 2015 leaving officially (4) four days to file a P.D.R. and petitioner is unschooled in law, not to obviously mention having a specialty in law of appellate procedures,

B. See exhibit B a letter from Appellant's attorney, Wm. M. House JR. that Petitioner didn't recieve until July 20th, 2015 with only (4) four days left to legally file a P.D.R. The above mentioned attorney shows being indecisiveness in his judgement concerning writing a P.D.R. then states, "However, I am still required to explain to you that the next step in the appeal process is the filing of a Petition for Discretionary Review. Should you decide to file your own Petition, it needs to be postmarked 30 days of the date of the opinion from the 12th Court of Appeals in this. The petition should be filed with the Texas Criminal Court of Appeals in, and the address for that court is as follows:..."

This is complete non-committal showing a clear attitude of no clear or distinctive care and a complete incompetance giving me only 4 days to write a P.D.R.

For the above reasons stated. This Pro Se Petitioner is attempting to find legal representation and a better understanding of his options of possibly researching and writing one himself as he has now written this "First Motion For Extension of Time To File Petition For Discretionary Review" and asking for a 60 day extension.

Wherefore, Petitioner, in forced pro se, prays this Court grant this

(2)

motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 12-13-00374-CR to September 24th, 2015

Johnny Paul Sutherlin, pro se Petitioner
Texas Department of Criminal Justice
William P. Clements Unit
T.D.C.J. I.D. No. 1885698
9601 Spur 591
Amarillo, Texas 79107-9606

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing "First Motion for Extension of Time to File A Petition For Discretionary Review, has been forwarded by First Class U.S. Mail from a drop box on 8 building at William P. Clements Unit T.D.C.J. I.D. Unit and addressed to "The Honorable Clerk, Texas Criminal Court of Appeals, P.O. Box 12308, Austin Texas 78711 on this the 23rd Day of July in the year of 2015

July 23rd, 2015
Date

Johnny Paul Sutherlin, Petitioner, pro se

## INMATE DECLARATION

I Johnny Paul Sutherlin, T.D.C.J. No. 1889698, being presently incarcerated in the William P. Clements Unit of the Texas Department of Criminal Justice in Potter County, Texas, verify and declare under penalty of perjury that the foregoing Statements are true and correct, Executed on this the 23rd day of July, 2015

Johnny Paul Sutherlin
TDCJ-I.D No 1889698

(3)

# WM. M. HOUSE, JR., P.C.
## Attorney at Law

Office: (903) 723-2077       Fax: (903) 723-6323       Residence: (903) 723-4213

Exhibt A

OFFICIAL LAYIN PASS
ADMINISTRATIVE

EFFECTIVE DATE: 07/20/2015
FROM-TO TIME: 09:30-10:00
START DATE: 07/20/2015 END DATE: 07/20/2015
ADMIT: 01889698 SUTHERLIN, JOHNNY PAUL
REASON: MATERIAL/LEGAL   HOUSE: AJ13-22T

JOB: OFF
EDUC:

COURTROOM: GRANT

TITLE: ADMIN

July 13, 2015

Mr. Johnny Sutherlin
TDCJ #01889698
William P. Clements Unit
9601 Spur 591
Amarillo TX 79107-9606

Re:   **Johnnie Sutherlin v. The State of Texas**
      **Case Number: 12-13-00374-CR**
      **Trial Court Case Number: 31228**

Dear Mr. Sutherlin:

I am enclosing an additional copy of the 6/26/2015 letter that I sent to you, as well as another copy of the decision from the 12th Court of Appeals in this matter.

As I stated in that letter, I am reviewing to determine whether or not a Petition for Discretionary Review (PDR) would do any good in this matter. However, I am still required to explain to you that the next step in the appeal process is the filing of a Petition for Discretionary Review.

Should you decide to file your own Petition, it needs to be postmarked within 30 days of the date of the opinion from the 12th Court of Appeals. The petition should be filed with the Texas Criminal Court of Appeals in Austin, and the address for that court is as follows:

Texas Criminal Court of Appeals
PO Box 12308
Austin TX 78711

Yours very truly,

Wm. M. House, Jr., P.C.
Attorney at Law

WMH:mj

---

Post Office Box 1486                                        Palestine, TX 75802-1486

BOARD CERTIFIED IN CRIMINAL LAW BY THE TEXAS BOARD OF LEGAL SPECIALIZATION